In re JAMES S. SAKKOS,

Debtor

Docket No. 4:15-bk-41808

Chapter 7

## LIMITED OPPOSITION TO THE UNITED STATES TRUSTEE'S MOTION TO DISMISS

The Debtor, James S. Sakkos, states that while he denies the allegations raised in the Trustee's motion to dismiss, he chooses not to contest them and does not object to the Trustee's request for "an order dismissing this case pursuant to 11 U.S.C. § 707(b)(3)…." [Document 53, p. 4].

Respectfully submitted,

JAMES S. SAKKOS,

by his attorney,

/s/ Patrick M. Groulx
Patrick M. Groulx, BBO No. 673394
GROLMAN, LLP
The Electric Carriage House
321 Columbus Ave., 6th Fl.
Boston, MA 02116
Ph: (617) 859-8966
Fax: (617) 859-8903
E-mail: patrick@grolmanllp.com

Date: May 24, 2016

## CERTIFICATE OF SERVICE

I certify that on this day, May 24, 2016, I served or caused to be served a true and accurate copy of this document on the Trustee, the United States Trustee, and Timothy W. Larson, Esq., of Orlans Moran, PLLC, via ECF.

/s/ Patrick M. Groulx
Patrick M. Groulx